UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

PHILLIP BRADY,

Plaintiff,

v.

K.E. MECHANICAL CONTRACTING,
LLC, VIMAL PATEL, and
HERNANDO VILLARRAGA,

Defendants.

**Civil Action File No.**

## COMPLAINT

Plaintiff Phillip Brady ("Mr. Brady") states his complaint against the above-named Defendants as follows.

1.  This is a complaint for unpaid overtime compensation in violation of the Fair Labor Standards Act ("FLSA").

2.  This Court has jurisdiction over Mr. Brady's claims, and venue is proper in this Court.

3.  Defendant K.E. Mechanical Contracting, LLC ("KE Mechanical") provides commercial mechanical contracting services in the metro-Atlanta area.  KE Mechanical's principal office is located at 676 North Expressway in Griffin, Georgia.

4.   During each of the three years preceding the filing of this complaint, KE Mechanical's gross annual sales were greater than $500,000.

5.   Defendants Vimal Patel ("Patel") and Hernando Villarraga ("Villarraga") own and operate KE Mechanical and actively manage the operations of the company.

6.   As the owners and managers of KE Mechanical, Patel and Villarraga determine and control the company's methods of compensating its employees.

7.   Within the three-year period preceding the filing of this complaint, KE Mechanical, Patel, and Villarraga (collectively "Defendants") jointly employed Mr. Brady as a general laborer.

8.   Defendants paid Mr. Brady $15.00 per hour.

9.   Mr. Brady routinely worked more than 40 hours per week for Defendants.

10.   Defendants did not pay Mr. Brady 1.5 times his regular hourly rate for his working hours over 40 per week.

11.   Defendants violated the FLSA by failing to pay Mr. Brady proper overtime pay for his working hours over 40 per week.

12.   Defendants' violation of the FLSA described above was willful.

Based on the above facts, Mr. Brady requests a jury trial on all triable issues

and asks the Court for the following relief: unpaid overtime wages, liquidated damages as permitted by the FLSA, prejudgment interest, litigation costs, attorneys' fees, and other relief deemed appropriate by the Court.

Respectfully submitted on November 28, 2017.

_s/ Regan Keebaugh_
Regan Keebaugh
Georgia Bar No. 535500

Radford & Keebaugh, LLC
315 W. Ponce de Leon Ave., Suite 1080
Decatur, Georgia 30030
T: (678) 271-0300
F: (678) 271-0311
regan@decaturlegal.com