IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

PHILLIP BRADY,

    Plaintiff,

v.

K.E. MECHANICAL CONTRACTING, LLC, et al.,

    Defendants.

CIVIL ACTION FILE NO.

1:17-cv-0173-TCB

## ORDER AND JUDGMENT

This case is presently before the Court on the parties' Joint Motion for Approval of Settlement Agreement (Doc 11). After reviewing the settlement agreement the Court GRANTS the motion. The settlement agreement of the parties is approved, and the terms of the parties' agreement are hereby incorporated into this Order as the stipulated Judgment in this case. Plaintiff Brady's claims are DISMISSED with prejudice.

**SO ORDERED** this 9th day of March, 2018.

Timothy C. Batten, Sr.
United States District Judge

AO 72A
(Rev.8/82)